UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLARENCE JOHNSON,<br><br>    Petitioner,<br><br>  vs.<br><br>STEVE SINCLAIR,<br><br>    Respondent. | NO. CV-08-325-CI<br><br>REPORT AND RECOMMENDATION TO TRANSFER PETITION TO WESTERN DISTRICT OF WASHINGTON |

Petitioner, a prisoner at the Washington State Penitentiary, brings this *pro se* Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. He has paid the $5.00 filing fee.

Under the policy established by the United States District Courts for the Eastern and Western Districts of Washington, and pursuant to 28 U.S.C. § 2241(d), a petition for federal habeas relief must be brought in the district in which the conviction arose. In this action, Petitioner challenges his term of confinement arising from a conviction in King County in the Western District of Washington. Accordingly, **IT IS RECOMMENDED** this action be **TRANSFERRED** to the United States District Court for the Western District of Washington.

**OBJECTIONS**

Any party may object to a magistrate judge's proposed findings,

REPORT AND RECOMMENDATION -- 1

recommendations or report within ten (10) days following service with a copy thereof. Such party shall file written objections with the Clerk of the Court and serve objections on all parties, specifically identifying the portions to which objection is being made, and the basis therefor. Any response to the objection shall be filed within ten (10) days after receipt of the objection. Attention is directed to FED. R. CIV. P. 6(d), which adds additional time after certain kinds of service.

A district judge will make a de novo determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination. The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon. The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions. *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C. § 636(b)(1)(B) and (C), FED. R. CIV. P. 72; LMR 4, Local Rules for the Eastern District of Washington. A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

The District Court Executive is directed to enter this Report and Recommendation and forward a copy to Petitioner.

DATED November 14, 2008.

                             S/ CYNTHIA IMBROGNO
                         UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION -- 2