UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLARENCE JOHNSON,<br><br>          Petitioner,<br><br>   vs.<br><br>STEVE SINCLAIR,<br><br>          Respondent. | NO. CV-08-325-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING PETITION TO WESTERN DISTRICT OF WASHINGTON |

    Magistrate Judge Imbrogno filed a Report and Recommendation on November 14, 2008, recommending Mr. Johnson's habeas corpus petition be transferred to the Western District of Washington. There being no objections, the court **ADOPTS** the Report and Recommendation.

    Therefore, **IT IS ORDERED** this action is **TRANSFERRED** to the United States District Court for the Western District of Washington. The court notes Mr. Johnson has paid the $5.00 filing fee.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, and forward a copy to Petitioner. The District Court Executive is further directed to forward this file with a copy

//

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION AND
TRANSFERRING PETITION TO WESTERN DISTRICT OF WASHINGTON -- 1

of this Order to the Clerk of the United States District Court for the Western District of Washington and close the file in this district.

**DATED** this 12th day of December 2008.

  s/Robert H. Whaley 

ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2008\Johnson\8cv325ci-12-10-adptrhcwd.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND
TRANSFERRING PETITION TO WESTERN DISTRICT OF WASHINGTON -- 2