UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLARENCE JOHNSON,

                Petitioner,

  v.

STEVEN SINCLAIR,

                Respondent.

Case No. C08-1794-MJP

ORDER DENYING RESPONDENT'S MOTION TO DISMISS PETITION

      The Court, having reviewed petitioner's petition for habeas corpus, respondent's motion to dismiss, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order:

      (1)    The Court adopts the Report and Recommendation.

      (2)    Respondent's motion to dismiss the petition as a "mixed petition" (Dkt. No. 11) is DENIED.

      (3)    Respondent is directed to file an answer to the petition within thirty (30) days of the date on which this Order is signed.

      (4)    Petitioner filed a request for a time extension for filing a personal restraint petition. (Dkt. No. 14.) However, a personal restraint petition is a state court filing and this

ORDER DENYING MOTION TO DISMISS

Court does not have the authority to extend deadline set by another court. Petitioner's request is denied.

    (5)    The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 20th day of April, 2009.

Marsha J. Pechman
United States District Judge

ORDER DENYING MOTION TO DISMISS